BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-MC-00021-GEB-DAD |
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| v. | |
| APPROXIMATELY $16,280.00 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and claimants Scott T. J. Dorner and Martine A. Dijkstra ("claimants"), by and through their respective counsel, as follows:

1.  On or about December 20, 2012, claimants Scott T. J. Dorner and Martine A. Dijkstra filed claims in the administrative forfeiture proceeding with the Federal Bureau of Investigation with respect to the Approximately $16,280.00 in U.S. Currency (hereafter "defendant currency"), which was seized on September 22, 2012.

2.  The Federal Bureau of Investigation has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimants has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

1

Stipulation and Order to Extend Time

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was originally March 20, 2013.

4. By Stipulation and Order filed March 15, 2013, the parties stipulated to extend to June 18, 2013, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to August 19, 2013, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to August 19, 2013.

Dated: 6/11/2013                    BENJAMIN B. WAGNER
                                    United States Attorney

                                    /s/ Jeffrey A. Spivak
                                    JEFFREY A. SPIVAK
                                    Assistant U.S. Attorney

Dated: 6/11/2013                    /s/ Michael J. Shambrook
                                    MICHAEL J. SHAMBROOK
                                    Attorney for claimants
                                    Scott T. J. Dorner and
                                    Martine A. Dijkstra

                                    (Signature authorized by email)

**IT IS SO ORDERED**.

Dated: 6/14/13

                                    UNITED STATES DISTRICT JUDGE

Stipulation and Order to Extend Time